IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHRIS LINSCHEID, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATUS MEDICAL INCORPORATED, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NUMBER 3:12-cv-67-TCB |

# **O R D E R**

The parties having announced that this case has settled, the Court hereby continues trial and all associated deadlines (including the pretrial conference currently scheduled for September 15, 2015), stays this case, and directs the Clerk to administratively close this case.[1] The parties shall file a dismissal upon finalization of the settlement. If settlement negotiations fail, the parties should promptly move to reopen the case. The parties' motions in limine [105, 106] are denied as moot.

---

[1] Administratively closing a case is a docket-control device used by the Court for statistical purposes. The parties need file a motion to reopen the case only if settlement negotiations fail. This Order will not prejudice the rights of the parties to this litigation in any manner.

IT IS SO ORDERED this 14th day of September, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge