# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| CHRIS LINSCHEID; DAVID YORK, JOHN SAXBY, and TOM BLADES, ) ) ) ) Plaintiffs, ) ) v. ) ) NATUS MEDICAL INCORPORATED, ) A California Corporation, ) ) Defendant. ) | Civil Action No. 3:12-cv-00067-TCB FLSA Action |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order of September 14, 2015, and the Parties having finalized the settlement of this case, Plaintiffs and Defendant through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs and fees.

Respectfully submitted: January 6, 2016.

By: /s/Kimberly N. Martin
Kimberly N. Martin
kimberlymartinlaw@gmail.com
Georgia Bar No. 473410
Thomas F. Martin
tfmartinlaw@msn.com
Georgia Bar No. 482595

MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, Georgia 30085
(404) 313-5538
(770) 837–2678 Fax
ATTORNEYS FOR PLAINTIFFS


/s/Gayle M. Athanacio
Gayle M. Athanacio, *Pro Hac Vice*
Cal. Bar No. 130068
gathanacio@rjo.com
Sharon Ongerth Rossi, *Pro Hac Vice*
Cal. Bar No. 232725
srossi@rjo.com
Rogers Joseph O'Donnell
311 California Street, 10th Fl.
San Francisco, CA 94104
415-956-2828(ph.)
415-956-6457(fax)


/s/James E. Rollins
James E. Rollins, Jr.
Ga. Bar No. 613825
JER@GAEmploymentlawyers.com
Schwartz Rollins, LLC
945 E. Paces Ferry Road, Suite 2270
Atlanta, Georgia 30326
404-844-4130 (ph.)
404-844-4135 (fax)
ATTORNEYS FOR DEFENDANT